FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC -6  AM 7:34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHIRLEY JACKSON                              CIVIL ACTION

VERSUS                                       NUMBER: 06-0533

JOHNNIE JONES, WARDEN                        SECTION: "S"(6)

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the petition of Shirley Jackson for issuance of a writ of *habeas corpus* under Title 28, United States Code, Section 2254, be DENIED WITH PREJUDICE as untimely filed and, alternatively, DISMISSED WITHOUT PREJUDICE for failure to exhaust state remedies.

New Orleans, Louisiana, this  5  day of December, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____